## IN THE UNITED STATES DISTRICT COURT
## FOR WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **SANCHELIMA INTERNATIONAL, INC.**, a Florida corporation; and **SANCHELIMA INTERNATIONAL S. de R.L. de C.V.**, a Mexican corporation,<br><br>        Plaintiffs,<br><br>vs.<br><br>**WALKER STAINLESS EQUIPMENT COMPANY, LLC**, a Delaware limited liability company; **BULK SOLUTIONS, LLC**, a Texas limited liability company; and **BULK TANK INTERNATIONAL, S. de R.L. de C.V.**, a Mexican corporation,<br><br>        Defendants. | No.: 16-cv-644<br>Hon. James D. Peterson, presiding |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Defendants, Walker Stainless Equipment Company, LLC, Bulk Solutions, LLC, and Bulk Tank International, S. de R.L. de C.V., appeal to the United States Court of Appeals for the Seventh Circuit the Western District of Wisconsin's: (1) Opinion & Order dated December 1, 2017, denying Plaintiffs' Motion to Amend Complaint, granting Defendants' Motion for Leave to File Proposed Findings of Fact, and denying Defendants' Motion for Partial Summary Judgment (Dkt. #66); (2) Opinion & Order dated March 19, 2018, denying Defendants' Motion for Reconsideration (Dkt. #78); (3) Opinion & Order dated March 19, 2018 (Dkt. #126); and (4) Judgment in a Civil Case entered March 19, 2018, for the March 19, 2018 Opinion & Order awarding Plaintiffs $778,306.70 (Dkt. #127).

Respectfully submitted,

QUARLES & BRADY LLP

By: */s/Lucy R. Dollens*
Lucy R. Dollens, *Counsel of Record*
Jacob V. Bradley
Quarles & Brady LLP
135 North Pennsylvania Street, Suite 2400
Indianapolis, IN 46204
(317) 957-5000
Lucy.Dollens@quarles.com
Jacob.Bradley@quarles.com

Daniel M. Janssen, Wisconsin #1022112
Quarles & Brady LLP
411 East Wisconsin Avenue, Suite 2350
Milwaukee WI 53202
(414) 277-5733
Daniel.Janssen@quarles.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2018, a copy of the foregoing was filed electronically. Notice of this filing was sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Samuel B. Reiner, II
Monica Tirado
**REINER AND REINER, P.A**.
9100 South Dadeland Boulevard
Suite 901
Miami, FL 33156-7815
(305) 670-8282
sbr@reinerslaw.com

*/s/ Lucy R. Dollens*
Lucy R. Dollens

QB\51702340.1